

DOCKET NO. 875

AUG -5 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-250)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,842 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

PAGE 1 OF 2

# SCHEDULE CTO-250 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DIST. DIV. C.A. #**           **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3   05-1461           Manuel Rampola, et al. v. Viacom, Inc., et al.

ILLINOIS NORTHERN
  ILN  1   05-1989           Wilmer Moore v. Union Pacific Railroad Co.

ILLINOIS SOUTHERN
  ILS  4   05-4104           Stanley Pepple, et al. v. Illinois Central Gulf Railroad Co.
  ILS  4   05-4108           Daniel Maynor, et al. v. Illinois Central Gulf Railroad Co.

MASSACHUSETTS
  MA  1   05-10812          Beverly Pearson, et al. v. Metropolitan Life Insurance Co., et al.

MARYLAND
  MD  1   05-1181           Richard Peamon v. Celotex Asbestsos Settlement Trust

MINNESOTA
  MN  0   04-4239           Daniel Clarence Gallagher v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1126           Harvey Edward Hall v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1194           Francis Wayne Coy v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1195           Richard Willard Eklund v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1196           Kent Ernest Flaada v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1197           Harry A. Friesner v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1198           Floyd Raymond Grover v. Garlock Sealing Technologies, L.L.C., et al.
  MN  0   05-1199           Lester Leroy Haveri v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1200           Joseph Lawrence Heitzman v. Garlock Sealing Technologies, L.L.C., et al.
  MN  0   05-1201           Darfrel Floyd Johnson v. Garlock Sesaling Technologies, LLC, et al.
  MN  0   05-1202           Harold Waino Johnson v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1203           Herbert James Johnson v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1205           Daniel Joseph Kedrowski v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1206           Raymond W. Lindberg v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1207           John Frederick Rokser v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1208           Allen Eugene Scott v. Garlock Sealing Technologies, L.L.C., et al.
  MN  0   05-1209           Richard Roy Tornow v. Garlock Sealing Technologies, LLC, et al.
  MN  0   05-1210           David Luther Trach v. Garlock Sealing Technologies, LLC, et al.

MISSISSIPPI SOUTHERN
  MSS  1   05-291           William C. Fells v. Chevrolet Motor Co., et al.
  MSS  1   05-292           Burnell Morgan v. Auto Zone, Inc., et al.
  MSS  1   05-295           Ulysses George v. Auto Zone, Inc., et al.
  MSS  1   05-296           Joseph George v. American Brake & Clutch, Inc., et al.
  MSS  1   05-311           William Johnson, Sr., et al. v. Metropolitan Life Insurance Co., et al.
  MSS  1   05-312           Marvin Jefferson, et al. v. Crane Co., et al.
  MSS  1   05-313           Bobby Lee Bolton, et al. v. A.P. Green Refractories Co., et al.
  MSS  1   05-314           Archie Nicols v. Metropolitan Life Insurance Co., et al.
  MSS  1   05-315           W.C. Laird v. A.P. Green Refractories Co., et al.
  MSS  1   05-316           Harry Borden Stewart, et al. v. Metropolitan Life Insurance Co., et al.
  ~~MSS  1   05-328~~           ~~Charles Bunnell v. Metropolitan Life Insurance Co., et al.~~   Opposed 8/16/05

SCHEDULE CTO-250 - TAG-ALONG ACTIONS                                    PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-377 | Kenneth Arnold Poteat, Jr., et al. v. Aqua-Chem, Inc., et al. |
| **NEBRASKA** | |
| NE 8 05-214 | Gordon Sanders v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-218 | Larry Miller v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-219 | Ronald Ringland v. Burlington Northern & Northern Railway Co. |
| NE 8 05-220 | Elmer Kahler v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-221 | James Kremarik v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-222 | Alan Fisher v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-223 | Ray Moyer v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-224 | Gary Heckathorn v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-225 | Larry Nelson v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-226 | John Elliott v. Burlington Northern & Santa Fe Railway Co. |
| **NEW YORK WESTERN** | |
| NYW 1 05-278 | Antonio Brevetti v. Chemical Waste Management, Inc., et al. |
| **SOUTH CAROLINA** | |
| SC 2 05-1581 | David H. Howe, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 02-1974 | Richard L. Russell, et al. v. ACandS, Inc., et al. |
| SC 8 05-1871 | Jennie L. Boggs, etc. v. Aqua-Chem, Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 2 05-317 | Adelina N. Mendoza, et al. v. Reynolds Metals Co., Inc. |
| **VIRGINIA EASTERN** | |
| VAE 4 05-2929 | James Fred Keeton, Jr. v. ACandS, Inc., et al. |
| ~~VAE 4 05-2951~~ | ~~Harriett C. King v. Northrop Grumman Systems Corp., et al.~~  Opposed 8/19/05 |
| VAE 4 05-2952 | Percy Thomas v. Union Carbide Corp., et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 05-219 | Barbara Connell, et al. v. A.W. Chesterton Co., et al. |